IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOE HENRY JOHNSON, JR.                                   PLAINTIFF

Vs.                        CASE NO.  4:12cv00482 JMM

G4S SECURE SOLUTIONS,
MOTEL 6, and HIBBETT SPORTS                      DEFENDANTS

ORDER

On August 8, 2012, the Court denied Plaintiff's motion for leave to proceed *in forma pauperis* and ordered Plaintiff to submit the $350.00 filing fee by September 7, 2012. Plaintiff has not paid the filing fee. Pursuant to Rule 41(a)(2), the Court finds that the case must be involuntarily dismissed without prejudice for failure to follow the Court's Order and failure to pay the filing fee. *See Link v. Wabash Railroad Co.,* 370 U.S. 626, 82 S.Ct. 1386 (1962). The Clerk is directed to close the case.

IT IS SO ORDERED this 11th day of September, 2012.

_____
UNITED STATES DISTRICT JUDGE